UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. MJ10-192 |
|---|---|
| Plaintiff, | |
| v. | INVOCATION OF RIGHTS AT INITIAL APPEARANCE |
| RICHARD BAFARO, | |
| Defendant. | |

I, Richard Bafaro, defendant in the above-entitled case, accept Christopher Black as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation or examination by law enforcement. This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

DATED this 27th day of April, 2010.

_____
Richard Bafaro

Approved by:

_____
Christopher Black
Attorney for Richard Bafaro

INVOCATION OF RIGHTS AT INITIAL
APPEARANCE - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
119 First Avenue South, Suite 320
Seattle, WA 98104
206.623.1604 | Fax: 206.622.6636

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on April 27, 2010, via ECF, upon the parties required to be served in this action:

DATED this 27th day of April, 2010.

Respectfully submitted,

LAW OFFICE OF CHRISTOPHER BLACK, PLLC

*s/ Christopher Black*
Attorney for Richard Bafaro
Law Office of Christopher Black, PLLC
119 First Avenue South, Suite 320
Seattle, WA 98104
Phone: 206.623.1604
Fax: 206.622.6636
Email: crb@crblack.com

INVOCATION OF RIGHTS AT INITIAL APPEARANCE - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
119 First Avenue South, Suite 320
Seattle, WA 98104
206.623.1604 | Fax: 206.622.6636