

Monday - Friday 5:30am - 9:00pm
Saturday: 8:00am - 4:00pm

- HOME
- **FITNESS TRAINING**
  - Classes, Timetables & Pricelist
  - Personal Training
  - Our Staff
- **MEMBERSHIP**
  - Pricing
  - About the Playground
  - Testimonials
- **NUTRITION**
  - Balance Bar
  - Our Promise
- **COMMUNITY**
  - Supporting our Community
- Employment Opportunites

**HOURS:**

Monday through Thursday:
5:30 am to 9:30 pm

Friday: 5:30 am to 9:00 pm

Saturday: 8 am to 4 pm

Sunday: closed

### Meet The Playground Staff and Trainers:

| Candace Fontana, CFT<br>Certified Fitness Trainer<br>Certified Spin Instructor | Daryl Fontana, CFT<br>Wellness Coach |
|---|---|
| Tracey Bodger<br>Front Desk | Steve Burke<br>Front Desk |
| Monni Dumas<br>Trainer | |

Privacy Policy