


Monday - Friday: 5:30am - 9:00pm
Saturday: 8:00am - 4:00pm

HOME

FITNESS TRAINING
  Classes, Timetables & Pricelist
  Personal Training
  Our Staff

MEMBERSHIP
  Pricing
  About the Playground
  Testimonials

NUTRITION
  Balance Bar
  Our Promise

COMMUNITY
  Supporting our Community

  Employment Opportunites

**HOURS:**

**Monday through Thursday:**
5:30 am to 9:30 pm

**Friday:** 5:30 am to 9:00 pm

**Saturday:** 8 am to 4 pm

**Sunday:** closed

# RECENT EVENTS

**Royal Victoria Marathon**
Thanks to all those who trained and came out to the recent Royal Victoria Marathon!



**Big Bike Fundraiser for the Heart & Stroke Foundation.** "Thank you to all The Playground participants, we raised $1,350."
Prizes awarded to: Heather Wiltsie, Brenda Montebello, Wanda Miller & Bonnie Bergeron.

## The Playground in Our Community:

We at The Playground love the Cowichan Valley and believe we are so lucky to live in such a beautiful place! Because of this we are very active in our community.



**Business Achievers of the Year, Corky & Candace Fontana the Playground Health and Fitness Adventure Training Centre**

The Playground helped **The Cowichan Sports Plex** raise money

in their 4 week fitness challenge by instructing fit camps at The Sports Plex.

In our last event with the **MS Society** we were the top fun raiser for Fitness Facilities in the Cowichan Valley and missed first place by only a few dollars for Top Corporate Fund Raiser. To raise money for this event our personal trainers were purchased for certain amounts of time and had to perform exercises by the purchasers. It was definately pay back!

We have raised money for **United Way** by doing a spin-a-thon. We were riding our bikes at our facility for 12 hours!

All of the proceeds for our first **"Train the trainer" event** went to The **Cowichan Sports Plex** to build the **childrens playground**.

We have given away many donations from just a few dollars to thousands to help The Cowichan Valley thrive.

Privacy Policy

From: Candace Fontana
Date: April 28, 2010 7:12:58 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 115 KB



Sent from my iPhone

From: Candace Fontana
Date: April 28, 2010 7:14:22 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 146 KB



## Way

**By Kevin Rothbauer**
*Citizen Staff*

Island Kung-Fu will be holding its second annual Kick-a-Thon in support of the Cowichan Valley United Way this Saturday, Nov. 17, from 9 a.m. to 3 p.m.

Students, family and friends are invited to attend and participate by completing a 20-minute training circuit during the six-hour event.

Island Kung-Fu is located at 750 Jubilee St. in Duncan. For more information, contact Jay Clark at 701-0212, or email info@islandkungfu.com.

The Kick-a-Thon comes on the heels of last week's 12-hour United Way Spin-a-Thon at Playground Fitness. Participants kept spin bikes going for the whole 12 hours and raised approximately $2,500 for the United Way, easily surpassing the initial goal of $2,000. Prizes were given out to the top fundraisers, including a one-hour massage with physiotherapist Wendy Bowen, valued at $80.

Money raised for the United Way benefits a large number of charities and non-profit organizations that serve thousands of people in the Cowichan Valley.

Sent from my iPhone

From: Candace Fontana
Date: April 28, 2010 7:14:56 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 111 KB

Saturday, April 19, 2008

The Playground Health & Fitness Center
#102-5462 Trans-Canada Hwy
Duncan BC, V9L 6W4

I am writing on behalf of the Cowichan District Hospital Foundation Board to thank you most sincerely for your donation to our Champagne Dinner & Auction – April 19, 2008.

Your contribution to this event helps ensure its success, and supports our goal to enhance patient care for the residents of the Cowichan Valley. This year proceeds are targeted for Digital Mammography at Cowichan District Hospital. A brief description of Digital Mammography is provided below.

With your support we raised over $148,000 after expenses, not including the cheque presentations from the Ladies Ross Clinic ($5,000) or from Herb and Helen Doman ($50,000).

Enclosed please find official tax receipt number [redacted] in the amount of $1733.55 for your records. Thank you again, and for your most generous support.

Sincerely,

Sent from my iPhone

From: Candace Fontana
Date: April 28, 2010 7:13:20 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 139 KB



Sent from my iPhone

From: Candace Fontana
Date: April 28, 2010 7:12:42 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 129 KB



Dana Cowan (left) from Expressfit and Candace Fontana from The Playground are ready to help the Multiple Sclerosis cause.

Sent from my iPhone

From: Candace Fontana
Date: April 28, 2010 7:12:... PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 135 KB

**Recognition Awards:**
Please note – the totals listed below reflect additional fundraising since event day.

| | |
|---|---|
| Top Family & Friends #1: | Cathie's Team MS $12,774.67 |
| Top Family & Friends #2: | Darcie's Team $11,985.78 |
| Top Family & Friends #3: | The TOFFS $9575.00 |
| Top Corporate #1: | The Brew Pub Crew $6421.65 |
| Top Corporate #2: | The Playground $6413.21 |
| Top Corporate #3: | Expressfit Divas $6694.43 |
| Top Overall Team #1: | Cathie's Team MS $12,724.67 |
| Top Overall Team #2: | Darcie's Team $11,985.78 |
| Top Overall Team #3: | The TOFFS $9750.00 |
| Top Rookie Team: | The Brew Pub Crew $6421.65 |
| Top Individual #1: | Darcie James $7017.12 |
| Top Individual #2: | Dianna Mack $5015.00 |
| Top Individual #3: | Cathie McCallion $4992.36 |
| Top Youth Team: | 744 Air Cadets $1511.30 |
| Top Fitness Facility Team: | The Playground $6413.21 |
| Top Bankers Team: | BMO $1500.00 |
| Team Spirit Award: | Team Evans |

Sent from my iPhone

From: Candace Fontana
Subject: **Daryl Fontana**
Date: April 28, 2010 7:12:03 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 137 KB

Hi Daron this is a big poster that is posted in The Playground. The next pictures will be close ups of them.



Sent from my iPhone

From: Candace Fontana
Date: April 28, 2010 7:14:09 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 120 KB



**Spin and grin**
From right: Lisa Young, Cheryl Scholz, Candace Fontana, Shaun Mann, Lee Winter and Simon Young spin their wheels for the United Way at Playground Fitness Friday.

Sent from my iPhone