From: Candace Fontana
Date: April 28, 2010 7:13:58 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 133 KB



Fontana finds inner strength to finish strong

Sent from my iPhone

From: Candace Fontana
Date: April 28, 2010 7:14:34 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 128 KB



# Challenges don't stop for Fontana

## TRIATHLON TRAINING: Ironman Canada in Penticton next on the agenda without previous experience

**AARON BICHARD**
*News Leader Pictorial*

When local fitness fanatic Daryl (Corky) Fontana challenges himself, he jumps in hard and fast, both feet first.

His latest leap has landed him in deep water and the only way out is to swim 3.8 kilometres, bike 180 more, then run a marathon.

Fontana, who has never even attempted to do a triathlon, has signed up for the sultan of stamina challenges — the Subaru Ironman Canada.

What's more, he actually camped out overnight on the sidewalk to ensure he had the chance to beat the heck out of his body a year later.

Daryl (Corky) Font[...]

Sent from my iPhone

From: Candace Fontana
Date: April 28, 2010 7:14:45 PM PDT
To: Daron Morris <daron@morrisandhart.com>
1 Attachment, 104 KB



...tana puts the pedal to the medal on the stationary bike as part of his Ironman Canada workouts.

Sent from my iPhone