To Whom It may Concern:

I have been asked by Candace Fontana to offer a letter of character reference for Daryl Fontana. I'm not certain of the exact circumstances that have precipitated this request, but I am truly hoping that my input may contribute to helping Daryl and the Fontana family.

My name is Jameson Pollock and I have been a veterinarian in the Cowichan Valley for over 10 years. I am the owner of two successful Animal Hospitals and I think (and hope) I have a good reputation as a business owner, practitioner and citizen in the community.

I have had the pleasure of knowing Daryl and his family for nearly as long as I've been a resident in the area. I know him as a good friend, a good father and husband, and as a community-minded business owner. Our children go to the same schools, my wife and I are members of the Playground fitness centre and over the years we've shared countless family gatherings and vacations, both local and abroad.

Daryl is always the person people look to for help, strength and support. He's always the one to look on the bright side and to keep everyone upbeat. He and the Fontana's are the type of people my wife and I consciously choose to associate with because they help make us better people.

I consider myself a close friend of Daryl, however I'm very surprised by some of what has been reported to me. I do know that Daryl has been under a great deal of pressure lately. Daryl truly stands above the crowd, and living up to the demands of upholding the reputation he has as well as recent business and financial difficulties know doubt would contribute to the pressure. I can only guess that Daryl thought he saw an opportunity to alleviate some of the pressure and stress. Knowing Daryl as I do, I would personally vouch that he made a completely wrong decision for the right reason. Breaking the law is not Daryl's normal behavior, but if he did it, it was to provide for his family.

I will not condone his actions, but I will personally vouch for Daryl's character. He made a mistake, and there will be ramifications, but hopefully this reference will shed light on Daryl's true character.

I trust Daryl implicitly and will personally offer bail if necessary.
Please do not hesitate to contact me if I can be of any assistance.

Regards,

.

Jameson Pollock Bsc., DVM





**Cowichan**
Golf & Country
Club

▮▮▮▮▮▮

**Duncan, British Columbia**

▮▮▮▮▮▮

April 28, 2010

To Whom It May Concern:

I have known Darryl Fontana for the past five years on both a personal and professional level.

I have found him to be a very to be a very community orientated individual with his support of many charitable endeavors such as our Hospital Foundation, Big Bike Tour and numerous others.

Darryl is a respected business man and has been nominated for awards by our local chamber of commerce on several occasions.

We have also partnered in some business ventures and I found Darryl to be very honorable and fair in our partnerships.

On a personal level Darryl has been very instrumental in coaching me in the virtues of physical fitness and diet. His passion for wellness is second to none!! He has been a mentor to many of us in the gym he owns.

I have watched Darryl with his family and have been impressed with the way he is a good father to his children and a great husband.

If you have any questions please do not hesitate to call me.

Yours truly,
Norm Jackson
Head Professional/ General Manager
Cowichan Golf & Country Club

April 29, 2010

To Whom It May Concern:

We are writing this letter in support of our friend and family member, Daryl Fontana. Daryl is a wonderful uncle to our children and we trust him implicitly when they are in his care. He is so keen to have our boys and his children (cousins) get together and play, and to get outside and be active.

Daryl is also a highly respected business owner in the Cowichan Valley. He has a strong passion for his profession and is one of the most passionate people we have ever met. Specifically, he is passionate about making a difference in the lives of others, especially his family, friends, clients, and fellow community members.

Daryl is always focusing on ways he can help our community continue to improve, and believes strongly in self-improvement as a core value. He is involved in our community in key fundraising events and even leads the Heart and Stroke Foundation fundraiser "warm-up". The Multiple Sclerosis Society and Hospital Foundation are other organizations that Daryl supports every year. Daryl regularly attends community fundraisers and is recognized as a leader in our community.

If there is any other information we could provide that would be helpful, please contact us directly at ▮▮▮▮▮▮▮▮

Kind regards,


Chris and Tawnya Wilkinson
Duncan, BC

Delivered via email April 29, 2010 to Daron@MorrisandHart.com

From: Andrew Ketch █████████████ ▮
Subject: **reference for Daryl Fontana**
Date: April 28, 2010 9:39:09 PM PDT
To: Daron@morrisandhart.com

To whom it may concern,

I have known Daryl Fontana in a number of significant capacities for many years. Daryl started dating my cousin when they were just teenagers so I was exposed to his energy and enthusiasm through formative times but our relationship really intensified over the past several years. It was our mutual passion for entrepreneurship that elevated our relationship and we have now made a habit of getting together for lunch and more importantly bringing our families together as much as possible.

I respect Daryl on a number of levels and I have seen him have a tremendously positive impact in his capacity as a life coach on the lives of many individuals including my wife, my business partner, and a number of my friends. It is remarkable how Daryl can bring success to such a critical goal that eludes so many people. He has a seemingly endless capacity to help people focus on and prioritize health and I know from experience that many of them are not being billed for his time. He does it because he wants to help people. This is a story that will be told time and time again because it is what Corky is known for in our community.

All of this, however, pales in comparison to what I consider to be Daryl's greatest accomplishment. He and Candace have raised three of the most amazing children that anyone could hope to know. I have two children of my own and I am inspired by the Fontana family. All three of them are abundantly respectful, successful in school and sport as well as friendships. They make eye contact when they speak with adults, their behaviour is exemplary and consistent whether in the presence of their parents or not, and they are wonderful role models for their younger cousins. In fact, I specifically requested that my 4 year old son have the opportunity to stay with the Fontana family on occasional weekends so that he might be positively influenced by their environment. Daryl took the lead on this request and made it happen. My son subsequently spent several weekends being caught up in the typical Fontana routine and my wife and I were thrilled with the results.

I own and operate a very profitable and prominent business with over 110 employees and I know what people think of when they hear the word "success". In my opinion, those who are typically regarded as "successful" are lavished with far too much respect and revere. In addition, there are numerous examples of people who are regarded with great respect despite the fact that they have failed at what should unquestionably and universally be understood as the most heavily weighted metric of success which is raising respectful, productive, resourceful, happy, children.

I do not know a more successful parent than Daryl and I have every confidence that he will overcome adversity and that any lapse in his focus will be lost in all that he has done right and all that he will continue to contribute to our community and most importantly to his family.

Sincerely,

Andrew Duncan Ketch

Executive Director
Steel Pacific Recycling
www.steelpacificrecycling.com
▮▮▮▮▮▮▮▮▮



# Scott Ritter Law Corporation

Duncan, B.C., ███████

Tel: ████████████████████
Em ████████████████████

Delivered via Email: daron@morrisandhart.com

April 28, 2010

TO WHOM IT MAY CONCERN

<u>**Re:**</u>    <u>**Daryl Paul Fontana ("Daryl")**</u>

I am writing this letter in support and as a character reference for Daryl.

Daryl and his wife, Candace Fontana, have been friends and clients of mine for several years. I originally met them in relation to their starting up a gym and fitness facility which they continue to operate in Duncan, British Columbia.

In addition to Daryl's respected status as a member of our business community, he is also active in numerous charitable and other community activities. He, and his wife, are members of the local Chamber of Commerce. Daryl is active in our community promoting physical fitness and has made important strides in raising money for the Cowichan Sportsplex, United Way and Multiple Sclerosis.

Yours truly,

Scott Ritter
SR/ann