The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD BAFARO,<br><br>　　　　Defendant. | No. MJ10-192<br><br>STATEMENT IN SUPPORT OF DEFENDANT RICHARD BAFARO'S RELEASE |

COMES NOW Defendant RICHARD BAFARO, by and through undersigned counsel, Christopher Black, and submits for the review of the Court the attached statement in support of Mr. Bafaro's pre-trial release in this matter. Mr. Bafaro's detention hearing is scheduled for April 30, 2010 at 3:15 p.m..

DATED this 29th day of April, 2010.

Respectfully submitted,

LAW OFFICE OF CHRISTOPHER BLACK, PLLC

*s/ Christopher Black*
Attorney for Richard Bafaro
Law Office of Christopher Black, PLLC
119 First Avenue South, Suite 320
Seattle, WA 98104
Phone: 206.623.1604
Fax: 206.622.6636
Email: crb@crblack.com

STATEMENT IN SUPPORT OF DEFENDANT
RICHARD BAFARO'S RELEASE (No. MJ10-192) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
119 First Avenue South, Suite 320
Seattle, WA 98104
206.623.1604 | Fax: 206.622.6636

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on April 29, 2010, via the CM/ECF system, upon the parties required to be served in this action:

DATED this 29th day of April, 2010.

                                               Respectfully submitted,

                                             LAW OFFICE OF CHRISTOPHER BLACK, PLLC

                                             *s/ Christopher Black*
                                             Attorney for Richard Bafaro
                                             Law Office of Christopher Black, PLLC
                                             119 First Avenue South, Suite 320
                                             Seattle, WA 98104
                                             Phone: 206.623.1604
                                             Fax: 206.622.6636
                                             Email: crb@crblack.com

STATEMENT IN SUPPORT OF DEFENDANT
RICHARD BAFARO'S RELEASE (No. MJ10-192) - 2

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
119 First Avenue South, Suite 320
Seattle, WA 98104
206.623.1604 | Fax: 206.622.6636