**Julie Bevacqua**
413 1275 Hamilton Street
Vancouver BC Canada V6B 1E2

April 29, 2010

U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Subject: Letter to the Court for Richard Bafaro

To the Honorable Judge,

I have known Richard Bafaro for ten years. We were friends and neighbors long before we started dating a few years ago. Through the years, I have come to know Richard, his son, and family well, and have no reservations in saying that Richard is and always has been a compassionate and caring person, encouraging friend, and a wonderful, dedicated father.

Richard is an all-around genuinely warm-hearted man. He is always willing to lend his time, knowledge, and considerable abilities to help others succeed. Richard is one of the most genuine people I have met, a man whose kindness is evident and whose caring attitude can be gleaned in a conversation. He has a natural ability to make people feel accepted as well as have a desire for more. I have seen him counsel family, friends, clients, and strangers just the same—he is very encouraging and willing to do anything he can to help.

Richard is a wonderful father and family man. His recent divorce was immensely stressful and an unsettling event for him. The guilt over its failure and perceived impact on his eight year old son, Julian, affects him every day. Each night Richard looks forward to speaking with Julian, listening to him, letting him express himself, and talking about anything that is on his mind. We call Richard "Super Dad" with good reason: he is the only Dad I know that packs every single weekend—consistently without compromise—in back-to-back activity with friends, exercise, "field trips" to local museums or monuments, and lots of one-on-one time for the two of them. At one time, Julian loved dinosaurs and skyscrapers, so Richard surprised him on their summer break together with a visit to Drumheller and the Calgary Tower. Beyond the weekends and school breaks, Richard attends every one of Julian's swim and dive meets and makes a point of attending his after-school practice as well. There's not a second of possible time together that escapes them!

For your information, I am a marketing executive in the technology industry, with a leadership role in developing and achieving a large Company's global growth strategies. Even professionally, Richard is a person of his word, aimed at producing the best possible work, brings out the best in those he works with, and maintains a high standard of professionalism.

Richard is a very dedicated, motivating friend and is respected by a Community that knows him well. I, too, have a lot of respect and admiration for him.

Sincerely,

*Julie Bevacqua*

Julie Bevacqua
Director, Marketing