**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT: RICHARD BAFARO          USAO# _____

[x]/ MAGISTRATE'S NO. MJ10-192    _/ DOCKET NO. (If Superseding Indictment) CR _____

***

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE? [x]/ yes  _/ no

IF YES:

   _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

*** [x]/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: April 30th at 3:15 p.m.

   _/ A DETENTION ORDER HAS BEEN ENTERED.

   *** [x]/ TEMPORARY DETENTION

   *** _/ PERMANENT DETENTION

       _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____. (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

   _/ SERVING A FEDERAL SENTENCE AT _____

   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____

   _/ PENDING STATE CHARGES AT _____

***

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ (Date) CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)

   DEFENDANT'S ADDRESS: _____

[x]/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ (Date) CALENDAR.

   DEFENSE ATTORNEY'S NAME: Christopher Black

   DEFENSE ATTORNEY'S ADDRESS: _____

***

IV. CONDITIONS OF RELEASE

   [x]/ NOT PREVIOUSLY SET, SHOULD BE: Detention
        [e.g., P.R.; BAIL (listing conditions); DETENTION]

   _/ PREVIOUSLY SET, SHOULD BE:

       _/ CONTINUE CONDITIONS OF RELEASE

       _/ CONTINUE DETENTION

       _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***

HAS THE FPD represented any subject or witness in this case?   _/ Yes  _/ No

***

THE ESTIMATED TRIAL TIME IS 4 TRIAL DAYS.    April 29, 2010
                                              (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  CHRISTOPHER NEARY                    USAO# _____

x_/ MAGISTRATE'S NO. MJ10-192           _/ DOCKET NO. (If Superseding Indictment) CR _____

*********************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  x_/ yes   _/ no

IF YES:

  _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
*** x_/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: April 30th at 3:15 p.m.
  _/ A DETENTION ORDER HAS BEEN ENTERED.
  *** x_/ TEMPORARY DETENTION
  *** _/ PERMANENT DETENTION

  _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
  (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
  _/ SERVING A FEDERAL SENTENCE AT _____
  _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
  _/ PENDING STATE CHARGES AT _____

*********************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                          (Date)
  DEFENDANT'S ADDRESS: _____
x_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                                (Date)
  DEFENSE ATTORNEY'S NAME: nANCY tENNY
  DEFENSE ATTORNEY'S ADDRESS: _____

*********************************************************************************

IV. CONDITIONS OF RELEASE

  x_/ NOT PREVIOUSLY SET, SHOULD BE: Detention
                                     [e.g., P.R.; BAIL (listing conditions); DETENTION]
  _/ PREVIOUSLY SET, SHOULD BE:
     _/ CONTINUE CONDITIONS OF RELEASE
     _/ CONTINUE DETENTION
     _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*********************************************************************************

HAS THE FPD represented any subject or witness in this case?    _/ Yes  _/ No
*********************************************************************************

THE ESTIMATED TRIAL TIME IS  4  TRIAL DAYS.    April 29, 2010
                                               (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  DARYL PAUL FONTANA                    USAO# _____

x/ MAGISTRATE'S NO.  MJ10-192          _/ DOCKET NO. (If Superseding Indictment) CR _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  x/ yes   _/ no
IF YES:

   _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
\*\*\*   x/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: April 30th at 3:15 p.m.
   _/ A DETENTION ORDER HAS BEEN ENTERED.
      \*\*\* x/ TEMPORARY DETENTION
      \*\*\* _/ PERMANENT DETENTION
      _/   IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON
           CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE
           DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
           (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
   _/ SERVING A FEDERAL SENTENCE AT _____
   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
   _/ PENDING STATE CHARGES AT _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____(Date)_____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
   DEFENDANT'S ADDRESS: _____
x/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____(Date)_____ CALENDAR.
   DEFENSE ATTORNEY'S NAME: dARON mORRIS
   DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

   x/ NOT PREVIOUSLY SET, SHOULD BE:  Detention
                                      [e.g., P.R.; BAIL (listing conditions); DETENTION]
   _/ PREVIOUSLY SET, SHOULD BE:
      _/ CONTINUE CONDITIONS OF RELEASE
      _/ CONTINUE DETENTION
      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?    _/ Yes   _/ No
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  4  TRIAL DAYS.      April 29, 2010
                                                 (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  SINISA GAVRIC                USAO# _____

x / MAGISTRATE'S NO.  MJ10-192        _/ DOCKET NO. (If Superseding Indictment) CR _____

***

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  x / yes   _/ no
IF YES:

_/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
*** x / A DETENTION HEARING HAS BEEN SCHEDULED FOR:  MAY 3, 2010 AT 3:15 P.M.
_/ A DETENTION ORDER HAS BEEN ENTERED.
*** x / TEMPORARY DETENTION
*** _/ PERMANENT DETENTION

_/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
(Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
_/ SERVING A FEDERAL SENTENCE AT _____
_/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
_/ PENDING STATE CHARGES AT _____

***

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
(Date)
DEFENDANT'S ADDRESS: _____

x / LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
(Date)
DEFENSE ATTORNEY'S NAME:  JENNIFER HOROWITZ
DEFENSE ATTORNEY'S ADDRESS: _____

***

IV. CONDITIONS OF RELEASE

x / NOT PREVIOUSLY SET, SHOULD BE:  Detention
[e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
_/ CONTINUE CONDITIONS OF RELEASE
_/ CONTINUE DETENTION
_/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No
***
THE ESTIMATED TRIAL TIME IS  4  TRIAL DAYS.    April 29, 2010
(Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  CARL ANDREW THIESSEN               USAO#_____

x/ MAGISTRATE'S NO.  MJ10-192          _/ DOCKET NO. (If Superseding Indictment) CR_____

***

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   x/ yes   _/ no
IF YES:
   _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
*** x/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: MAY 3, 2010 AT 3:15 P.M.      .
   _/ A DETENTION ORDER HAS BEEN ENTERED.
      *** x/ TEMPORARY DETENTION
      *** _/ PERMANENT DETENTION
         _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
         (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
   _/ SERVING A FEDERAL SENTENCE AT _____.
   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
   _/ PENDING STATE CHARGES AT _____.

***

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                           (Date)
   DEFENDANT'S ADDRESS: _____
x/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                                  (Date)
   DEFENSE ATTORNEY'S NAME:  KEVIN ATWOOD PECK
   DEFENSE ATTORNEY'S ADDRESS: _____

***

IV. CONDITIONS OF RELEASE

   x/ NOT PREVIOUSLY SET, SHOULD BE: Detention
                                     [e.g., P.R.; BAIL (listing conditions); DETENTION]
   _/ PREVIOUSLY SET, SHOULD BE:
      _/ CONTINUE CONDITIONS OF RELEASE
      _/ CONTINUE DETENTION
      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

***

HAS THE FPD represented any subject or witness in this case?   _/ Yes   _/ No
***
THE ESTIMATED TRIAL TIME IS  4  TRIAL DAYS.    April 29, 2010
                                                (Date Form filled out)

(Revised June 2000)