FILED _____ ENTERED
LODGED _____ RECEIVED

APR 29 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARYL PAUL FONTANA,

    Defendant.

CASE NO. CR10-0124 MJP

ORDER CONTINUING TEMPORARY DETENTION

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary detention be continued pending detention hearing.

DATED this 29th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Order Continuing Temporary Detention - Page 1