FILED ___ ENTERED
LODGED ___ RECEIVED

APR 29 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SINISA GAVRIC,

    Defendant.

CASE NO. CR10-0124 MJP

ORDER CONTINUING
TEMPORARY DETENTION

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary detention be continued pending detention hearing.

DATED this 29th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Order Continuing Temporary Detention - Page 1