_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 29 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                   Plaintiff,

       v.

CARL ANDREW THIESSEN,

                 Defendant.

CR 10 0124 MJP

CASE NO.

ORDER CONTINUING
TEMPORARY DETENTION

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary detention be continued pending detention hearing.

DATED this 29th day of April, 2010.

UNITED STATES MAGISTRATE JUDGE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970