JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR 10-124 MJP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | EXHIBITS SUBMITTED FOR THE COURT'S CONSIDERATION AT DETENTION HEARING |
| CHRISTOPHER ANDREW NEARY, | ) | |
| Defendant. | ) | |

Christopher Neary, through his attorney, Assistant Federal Public Defender Nancy Tenney, hereby submits the following letters of support and information regarding his business and employment background for the Court's consideration at the detention hearing scheduled for April 30, 2010, at 3:15 p.m.

DATED this 30th day of April 2010.

Respectfully submitted,

s/Nancy Tenney
WSBA No. 35304
Attorney for Christopher Neary
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA 98101
206/553-1100
206/553-0120

EXHIBITS SUBMITTED FOR THE
COURT'S CONSIDERATION AT
DETENTION HEARING - 1
(Christopher Neary; CR10-124MJP)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Lisca Borichewski
    Assistant United States Attorney
    700 Stewart St., Suite 5220
    Seattle, WA 98101-1271

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

    Kelly Neumeister
    Pretrial Services Officer
    U.S. Pretrial Services
    700 Stewart Street, Suite 10101
    Seattle, WA 98101

    s/Nancy Tenney
    WSBA No. 35304
    Attorney for Christopher Neary
    Federal Public Defender's Office
    1601 Fifth Ave., Suite 700
    Seattle, WA 98101
    206/553-1100
    206/553-0120

EXHIBITS SUBMITTED FOR THE
COURT'S CONSIDERATION AT
DETENTION HEARING - 2
(Christopher Neary; CR10-124MJP)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100