Thursday, April 29, 2010

RE: Christopher Andrew Neary – Register# 40211-086

Dear Magistrate Judge Tsuchida,

My name is Nadeen Boman and I'm Chris Neary's girlfriend. I met Chris in October of 2006 when he signed up for training at the YMCA where I was working as a fitness instructor. He was a very conscientious client who always showed up on time for sessions and worked hard at following instructions.

Chris is a very responsible, trustworthy, dependable individual. He runs his own business managing a team of several contractors, teaches art at a local public school, writes and records music, plays guitar and sings in a band, owns his own home, cares for and loves his dog, Indi, who is just 18 months old but she's a monster at 75 pounds!

The current situation is extremely surprising to me as Chris has never been in any trouble before. I'm positive he will be very eager to meet any and all requirements the court deems necessary to put closure on this case. There is no doubt in my mind that Chris will be present for all future court appearances.

Thank you in advance for your consideration on this matter. I can be reached by email at Nadeen@NadeenBoman.com or by phone at 604-831-3476 if you require additional information. Chris has lots of people who care for him here in Vancouver and we hope you let him come home soon.

Sincerely,


Nadeen Boman

**Magistrate Judge Tsuchida**

30th April, 2010



To whom it may concern,

Re: Christopher Neary

I have known Chris Neary for approximately 7 years. As an employee of TELUS Communications where I was Senior Vice President, as a business partner in clients we have worked in together, as a consultant and supplier to my business and also as a friend.

I am shocked that Chris is in his current situation with the court. I have seen him in many situations both when things are going well and when he has been in binds. Chris has a strong sense of right and wrong, in my experience he always does the right thing as a friend, a business colleague and as a business owner.

I wish to state that without knowing and regardless of the circumstances of Chris's arrest that I would stand testament to the strength of Chris's character and my commitment to him as a friend.

I know that Chris will deeply regret his involvement in this situation and can assure you that he will not revisit this situation in the future. In addition to this I would like to assure the court that Chris is not a flight risk and will be supported by his friend as he faces this challenge.

Faithfully,

*Richard Hoy*

Richard Hoy
CEO
Cell : +1 604 376 0418

L213 560 Beatty St, Vancouver, BC, Canada, V6B 2L3
+1 604 637 2088, www.compasspeak.com



April 29th 2010

**STRICTLY PRIVATE & CONFIDENTIAL**

For the attention of Magistrate Judge Tsuchida

Dear Sir/Madam

           **RE:    CHRISTOPHER NEARY**

I have known Christopher Neary for eight years, as a former employee, professional colleague and friend.

I am surprised to hear of the charges against Chris. In my experience he is trustworthy, reliable and loyal. I know that he will take his responsibilities seriously. In my opinion, his business commitments and partnerships, as well as his loyalty to the city of Vancouver, mean that he is personally and professionally committed to the location, and I expect him to act predictably and cooperatively in all circumstances.

Yours faithfully


Ian Gilbert

Partner

April 29th, 2010

Bruce Meli
1106-1060 Alberni Street
Vancouver, British Columbia, V6E 4K2
Canada

Subject: Christopher Neary

Dear Magistrate Judge Tsuchida,

Christopher Neary was introduced to me five years ago through a mutual personal trainer at the gym we were both members of and he has been a dear friend to me ever since. As of recent times, he has been a very strong source of support to me and been someone I completely trust and have absolute confidence in.

Christopher has strong ties in the Vancouver community, both personally and professionally. Going out, Christopher always sees and greets people he knows through his own marketing, branding and business strategy development firm, Frank Communications. Owning his apartment in Vancouver and taking great pride in his home, Christopher is also quite active with his buildings strata council.

Most recently through one of my best friends and teacher, Cheryl Cobbaert, Christopher has been a guest to her classroom of 6th grades teaching art classes on a weekly basis. Christopher is very passionate about his art and is happy to share his skills with the kids and give back to the community.

Christopher is always happy to return home to Vancouver on the few trips to the United Kingdom he has taken in the 5 years I have known him. He was very proud the day he became a Canadian citizen declaring no desire to return to the United Kingdom.

Sincerely,
Bruce Meli

(sent via email)

Norman Desilets
18927 – 124th Avenue
Pitt Meadows, BC V3Y 2H2
604-460-1166
n.desilets@shaw.ca

April 29, 2010

Magistrate Judge Tsuchida

Re: Christopher Neary

I met Chris Neary in January 2007 through my daughter, Nadeen Boman, who was giving him fitness training lessons. Nadeen and Chris became close and starting seeing each other as girlfriend and boyfriend. I found Chris to be a straight forward intelligent young man who operated his own business and also owned his own home in downtown Vancouver. Since meeting Chris, he has been a visitor at my home on many occasions including a number of special family gatherings such as birthdays and festive occasions.

During the time that I have known Chris, an occasion arose where I found that I needed some marketing advice for the company that I work for, Saputo Foods Ltd. I called on Chris and he was very helpful and knowledgeable in supplying both information and suggestions. There was also another occasion where Chris advised me to make a financial investment and Chris guided me through this to a satisfactory conclusion. These experiences with him showed me that he is an extremely capable and successful businessman.

Chris has shown his compassion and helpful nature by helping my daughter through some personal difficulties that she encountered and I am thankful that he was there to help.

Chris has always been very polite and pleasant and has shown a good sense of humour whenever he is around. He appears to be devoted to bettering himself and uses an organized approach to meeting goals.

I am happy to say that I have known Chris and truly believe him to be a good and responsible person. I am confident that he will ensure that he meets all future obligations that are placed on him including any court appearances that are required. I wish him the best of luck in finding a way to make it through this difficult time.

Sincerely,


Norman Desilets

**Page 7**

for advertising (traditional & digital), employee communications, corporate communications, market research, information

...



### TALIA COHEN

GRAPHIC DESIGNER

Talia graduated in 2008 with  and Brand Development from  Design [RISD] and Brown Economics. After her educational stint, she worked with various companies such as Nissan.

Her designs have been published in the Global Innovation Report based in the United Kingdom, viction:ary in Hong

Gallery 



### Chris Neary

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Nulla elementum...



### JOHANNA GOODYEAR

CREATIVE PRODUCER

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Nulla elementum, mauris eget varius porttitor, odio magna fermentum mi, at luctus nibh elit id elit. Suspendisse at enim enim. Sed mollis tellus posuere odio scelerisque tristique. Curabitur id lobortis tortor. In vestibulum purus vel justo interdum vehicula eget sed erat. Aliquam malesuada risus sed erat tincidunt ut cursus felis consectetur. Donec

...



### CHRIS NEARY

FOUNDER / MARKETING STRATEGIST

Chris Neary began his career in London at Omnicom owned AGENCY.COM, a full service interactive advertising agency. Chris became a Creative Director on brands like Intel, FoxTV, Endemol, Colgate, and Compaq focusing on early adopters of internet and mobile advertising and commerce. It was here that Chris won the award for 'Best use of Mobile Digital Channels' from Marketing Magazine for his work on Big Brother2. Chris then founded Clear Consultants, delivering creative marketing strategies for clients like Formula 1 Racing.

Chris moved to Canada in 2002 to assume the position of Marketing Strategist for TELUS. Chris managed key accounts like the Canucks, GlaxoSmithKline, Tourism Vancouver, BC lotteries, BC Government and Best Buy. Before starting FRANK Advertising, Chris was the Director of Marketing Communications for TELUS, managing their $30m budget. Chris was responsible for driving the consumer marketing strategy, brand management, and advertising agency performance to reach targets in excess of $2bn.

Chris holds a Degree in Design and holds a diploma in Contemporary Art. He plays the guitar badly and is worse at singing.



EUPHORIE / P.Burst / 02.10

### Contact

FRANK ADVERTISING AGENCY
28, ...STREET
VANCOUVER BC
CANADA

SAMPLE VIDEO  T. 604.816.9766
E. INFO@BEFRANK.COM

Follow us on Twitter

Add us to your LinkedIn

### Philosophy

WWW.FRANKADVERTISING.CA

### LOREM IPSUM DOLOR SIT AMET

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Nulla elementum, mauris eget varius porttitor, odio magna fermentum mi, at luctus nib.

# Chris Neary

Marketing, Advertising and Communications Director

Vancouver, Canada Area

|  |  |
|---:|:---|
| **Current** | • Owner at FRANK |
| **Past** | • Marketing Communications Director at TELUS<br>• Marketing Strategist at TELUS Business Solutions |
| **Recommended** | 1 person has recommended Chris |
| **Connections** | 203 connections |
| **Industry** | Marketing and Advertising |

# Chris Neary's Summary

Worked client and agency side on regional and international brands like Intel, Compaq, GlaxoSmithKline, Telus, Formula1, FoxTV, Canucks, Channel 4 TV, Tourism Vancouver, BC Hydro.

Managed brands to award wining status: Marketing Magazine Grand Prix for Big Brother 2, Marketing Magazine best brand in canada for TELUS.

Deep experience in digital advertising (social and paid media), integrated advertising campaigns, event management, PR, communication strategy and execution.

**Chris Neary's Specialties:**

-Media Strategy (planning and buying)
-Creative Strategy (ideas)
-Campaign Strategy (what, where, how and how much to voice yourself)
-Marketing Strategy (how to take something to market)
-Digital Strategy (using social and paid media to build brands online)

# Chris Neary's Experience

**Owner**
**FRANK**
(Marketing and Advertising industry)
Currently holds this position

**Marketing Communications Director**
**TELUS**
(Public Company; 10,001 or more employees; T; Telecommunications industry)
March 2004 — November 2005 (1 year 9 months)

    Managed all the TELUS advertising and branding. $30m budget and $2bn targets. Managed 3 ad agencies spanning TV, radio, outdoor, indoor, print, online, PR, events.

**Marketing Strategist**
**TELUS Business Solutions**
(Marketing and Advertising industry)
2002 — 2003 (1 year)