UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                ) CASE NO. CR10-124-MJP
    Plaintiff, )
                                )
    v. )
                                ) DETENTION ORDER
SINISA GAVRIC, )
                                )
    Defendant. )
_____ )

<u>Offense charged</u>:    Conspiracy to Distribute Marijuana

<u>Date of Detention Hearing</u>:    May 3, 2010

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.      Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant was born in Bosnia, and moved to Ontario, Canada with his family in 1996. He relocated to Vancouver, BC in 2006. He has family members and a girlfriend in Bosnia, and traveled to that country recently. He was previously married for six months to a Serbian national who resides in Canada. The defendant is a citizen of Bosnia and a permanent resident of Canada, in the process of becoming a citizen of Canada. It appears that a conviction for the current charges would seriously threaten his ability to reside in Canada.

3. Defendant reports self-employment as a painter for the last three years. The AUSA proffers that the circumstances surrounding the instant charges indicate a substantial marijuana smuggling endeavor involving a number of other individuals. Defendant and the other individuals were allegedly arrested while traversing a wooded area on snowshoes with large quantities of marijuana in their backpacks. The defendant's backpack included several machetes.

4. Defendant poses a risk of nonappearance due to his Bosnian citizenship and the likely adverse affect a conviction in the instant case would have on his attempt to become a Canadian citizen. An immigration detainer has been filed, posing the risk that the defendant might be deported to Bosnia, rather than to Canada. He has strong ties to Bosnia, and his source of income is unverified. Defendant poses a risk of danger due to the nature of the current charges and alleged possession of machetes.

5. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

01     (1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of May, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge