United States District Court
Western District of Washington
LODGED ____ RECEIVED
MAY 03 2010
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEP

UNITED STATES OF AMERICA,

vs.

**Carl Andrew Thiessen**

**APPEARANCE BOND**
Case No. **CR10-124MJP**

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- ☒ **Court Appearances.** I must appear in court at the <u>United States Courthouse, 700 Stewart Street Seattle, Washington,</u> on <u>July 6, 2010</u>, at <u>9:00am</u> and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**

- ☒ **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.

- ☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

- ☒ **DNA Testing.** You must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

- ☒ **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day..

- ☒ **Restrictions on Travel.** <u>I must not travel outside the Continental United States or as directed below under 'Other Conditions'.</u>

- ☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

- ☒ **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, United States Courthouse, 700 Stewart Street, Suite 10101 Seattle, (206) 370-8950, within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

- ☒ **Other Conditions:**
  - ✓ Submit to drug and alcohol testing, to include urinalysis, breathalyzer, sweat patch, or hand-held devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.
  - ✓ Travel is restricted to <u>British Columbia, Manitoba, and the Western District of Washington,</u> or as directed by Pretrial Services.
  - ✓ Surrender all current and expired passports and travel documents to the Court. Do not apply for/obtain a new passport or travel document from any country without the permission of the Court.
  - ✓ Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
  - ✓ Release on third-party custody to Defendant's father: <u>Mr. Al Thiessen</u>
  - ✓ Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.
  - ✓ Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.
  - ✓ You are financially responsible for the costs of any treatment or testing services obtained in Canada.
  - ✓ Contact Pretrial Services within 24 hours of your release from custody. Call Pretrial Services weekly as directed. Report to your local community corrections office and comply with all directives of their office. Report to Pretrial Services at the U.S. Customs office in Blaine, Washington, monthly as directed. You shall report to U.S. Pretrial Services any time you enter the Western District of Washington.
  - ✓ You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _[signature]_     Winnipeg, Manitoba, Can
(Signature of Defendant)     (City and State)

May 3, 2010

**ORDER OF RELEASE**    10-CR-00124-BOND

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.

May 3, 2010
(Dated)

_[signature]_
Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE

cc: *Defendant, Defense Counsel, U.S. Attorney, Marshal, Pretrial Services*

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT of WASHINGTON

FILED ___ ENTERED
___ LODGED ___ RECEIVED
MAY 03 2010
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES of AMERICA,

    Plaintiff,

vs.

Carl Andrew Thiessen,

    Defendant.

Case # CR10 0124MJP

AGREEMENT TO SUPERVISE DEFENDANT

I AGREE AND PROMISE THAT, for as long as this charge is pending against the defendant and (s)he is released from custody:

(1) I will generally supervise the defendant;

(2) I will use my best efforts to assure the appearance of the defendant at all scheduled hearings before the United States District Judge and before the United States Magistrate Judge;

(3) If I lose contact with the defendant, or if to my knowledge the defendant violates any condition of the Appearance Bond, I will notify the office of the United States Attorney at (206) 553-7970, and the United States Pretrial Services office at (206) 370-8950, within one (1) business day.

(4) OTHER:

_____
_____
_____

_____ (Signature)

ALBERT L. THIESSEN (Print full name)

MAY 3/2010